IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GEORGE L. SCHWEITZER,<br><br>                        Plaintiff,<br>v.<br><br>SALT LAKE HOMELESS PROGRAM OF THE VETERANS ADMINISTRATION and PAUL WARNER,<br>                        Defendants. | **ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:15-cv-193-DB-BCW<br><br>District Judge Dee Benson<br><br>Magistrate Judge Brooke Wells |

      Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke Wells on August 4, 2015, recommending that the district court grant Defendant Paul Warner's Motion to Dismiss and that Plaintiff's Complaint against the Salt Lake Homeless Program of the Veteran's Administration be dismissed sua sponte pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.

      The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

      De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and Defendant Paul Warner's motion to dismiss is GRANTED and Plaintiff's complaint is hereby DISMISSED against the Salt Lake Homeless Program of the Veteran's Administration, pursuant to 28 U.S.C. § 1915(e)(2), for failure to state a claim upon which relief may be granted.

DATED: August 27, 2015.

BY THE COURT

_____
District Judge Dee Benson